AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>1026 East 152nd Street<br>Cleveland, Ohio | )<br>)<br>)  Case No.  **1:15 MJ 4095**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Northern    District of    Ohio
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachments B and B-1, which are incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before   *1 July 2015*   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Nancy A. Vecchiarelli    .
                                                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   *17 June 2015*
                              *11:12 am*      */s/ Nancy Vecchiarelli*
                                                                       *Judge's signature*

City and state:    Cleveland, Ohio                    Magistrate Judge Nancy A. Vecchiarelli
                                                                            *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:15 MJ 4095 | June 18, 2015  10:15 AM | Robert Rouzaud |

Inventory made in the presence of: Thomas Corrigan

Inventory of the property taken and name of any person(s) seized:

- Dental lab paperwork & Medicaid Forms
- Supply Invoices
- Forensic image of desktop hard drive
- Bank statement in Hebrew
- Patient billing
- Appointment logs
- Financial Statements
- Patient Files
- Bank Statements, dental lab statements, billing statements, letters from Medicaid, patient billing statements to Medicaid.
- Financial records & dental supply company records
- Medical billing records

FILED 2015 JUN 24 AM 9:29 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/24/15

Executing officer's signature

Catherine R Hanschman Special Agent
Printed name and title